UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA MONTE T. BANNISTER, III, Plaintiff, v. GAVIN NEWSOM, et al., Defendants. | No. 2:26-cv-03344 DAD CKD (PS) ORDER |

Plaintiff is proceeding in this action pro se. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). Plaintiff asserts four "conditional claims" based on "threatened injury" stemming from California Senata Bill 518 concerning the descendants of slavery. Plaintiff does not plead facts supporting any claim under federal law, and his brief and conclusory allegations do not state

a federal claim against defendant.

The federal courts are courts of limited jurisdiction. Without a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. Plaintiff has not alleged a violation of federal law. Because there is no basis for federal jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this action should not be dismissed. Failure to allege a proper basis for jurisdiction will result in a recommendation that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;

2. No later than October 29, 2026, plaintiff shall show cause why this action should not be dismissed for lack of jurisdiction.

Dated: October 14, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/bann3344.ifp-nojuris